LOCAL PROB 12C
(06/17)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Francis Drzal | Docket Number: 0205 3:11CR00247-001 |
| Sentencing Judicial Officer: Honorable Stefan R. Underhill, U.S. District Judge | |
| Date of Original Sentence: June 29, 2012 | |
| Original Offense: Receipt and Distribution of Child Pornography, in violation of 18 § 2252(a)(2) | |
| Original Sentence: 18 Months' Bureau of Prisons; 120 Months' Term of Supervised Release | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 4, 2013 |
| AUSA: Neeraj Patel | Defense Attorney: Terence S. Ward |

### PETITIONING THE COURT

☒ To issue a summons for a violation hearing
☐ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Charge # 1
Mandatory #1

You must not commit another federal, state, or local crime.
On July 22, 2018, Mr. Drzal was arrested by the Milford Police and charged with the following: Voyeurism, Risk of Injury and Breach of Peace. It was reported by the arresting officers that Mr. Drzal was using a mirror to view minor children using the bathroom.

Mr. Drzal posted a $5,000 bond and is due in Bridgeport Superior Court on August 14, 2018 to answer to these charges.

U.S. Probation Officer Recommendations:
It is respectfully recommended that a summons be issued so that the defendant can be presented on the alleged violation conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On    July 23, 2018

Michael P. Rafferty
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action

☐ The issuance of a summons   Date: _____

☐ The issuance of a warrant

☐ Other

    The issuance of a summons for 1:00 p.m. on August 16, 2018.

 

_____
Signature of Judicial Officer

July 23, 2018
_____
Date

**Submit by Email**   **Print**   **Save As...**