# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 0205 3:11CR00247-001 |
| Michael Francis Drzal | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

| Place: Honorable Stefan R. Underhill<br>U.S. District Judge<br>Brien McMahon Federal Building & Court House<br>Bridgeport, CT 06604 | Courtroom No.: 1 |
|---|---|
| | Date and Time: August 16, 2018  1:00 PM |

This offense is briefly described as follows:
Subject was arrested on July 22, 2018 having been charged with the following: Voyeurism, Breach of Peace and Risk of Injury.

Date: July 23, 2018

*Issuing officer's signature*

Katri Torres, Deputy Clerk
*Printed Name and Title*

I declare under penalty of perjury that I have:

☒ Executed and returned the summons ☐ Returned the summons unexecuted

Date: 8/6/18

*Server's signature*

Robert Bouffano
*Printed name and title*

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court once checked Form CAN NOT be edited, you may want to save this form then check this box.

Case No.    0205 3:11CR00247-001

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of Defendant/Offender:    Michael Francis Drzal

Last known residence:    15 Lycett Street Bridgeport, CT  06606

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____, I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____.

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: