LOCAL PROB 12C
(06/17)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Francis Drzal        Docket Number: 0205 3:11CR00247-001

Sentencing Judicial Officer: Honorable Stefan R. Underhill, United States District Judge

Date of Original Sentence: June 29, 2012

Original Offense: Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)

Original Sentence: 18 months' imprisonment, 120 months' supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: December 4, 2013

AUSA: Neeraj Patel        Defense Attorney: Carly Levenson

---

### PETITIONING THE COURT

☐ To issue a summons for a violation hearing
☒ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Charge # 1
Special

The defendant is not to use a computer, Internet-capable device, or similar electronic device to access child pornography or to communicate with any individual or group for the purpose of promoting sexual relations with children. The defendant shall consent to the use of any computer program which shall monitor suspect computer use on any computer owned or controlled by the defendant. The program(s) used will be designed to identify, for the Probation office, only the viewing, downloading, uploading, transmitting, or otherwise using any images or consent of a sexual nature ("Suspect Computer"). Suspect Computer Use shall be identified by the installed program and/or the Probation office through the screening of the defendant's computer usage for certain key words, phrases and images. The defendant shall pay all or a portion of costs associated with computer monitoring based on the defendant's ability to pay as determined by the probation officer.

On April 20, 2019, an audit of Mr. Drzal's Internet use through his monitored cellular phone was conducted. At that time, it was discovered that starting on April 18, 2019, Mr. Drzal accessed numerous websites promoting and providing content related to child pornography. On April 20, 2019, the probation officer conducted a visit to Mr. Drzal's grandmother's home located at 19 Greenwood Lane in Trumbull, Connecticut. At that time, Mr. Drzal was canvassed about whether he was in possession of his phone. He acknowledged that his phone was on his person and that he previously canceled phone and Internet services

with the provider. When asked whether he had accessed the Internet over the past two days, he acknowledged that he had in fact accessed the Internet using a WiFi signal at his father's residence. The probation officer seized the phone at that time.

According to the U.S. Probation Offices contract provider, RemoteCom, Mr. Drzal disabled an application on his phone prior to accessing the child pornography, and therefore, the probation officer was not notified of the activity in real time. Mr. Drzal later turned the application back on, and as previously noted, an audit of his Internet activity was conducted revealing the websites he was accessing.

U.S. Probation Officer Recommendations:
The probation officer respectfully recommends that a warrant be issued for Mr. Drzal's arrest and that he be brought forth to answer as to why his supervision shall not be modified or revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On        April 22, 2019

*Michael P. Rafferty* (signature)

Robert E. Bouffard
Senior U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The issuance of a summons for a compliance review hearing  Date: _____
☐ The issuance of a summons  Date: _____
☒ The issuance of a warrant
☐ Other

Stefan Underhill
Digitally signed by Stefan Underhill
Date: 2019.04.22 15:45:56 -04'00'

Signature of Judicial Officer

April 22, 2019
Date